```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHLEEN AVERY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     ) No. CR-S-05-220 EJG
                              )
            Plaintiff,        )
                              ) STIPULATION AND ORDER TO CONTINUE
     v.                       ) STATUS CONFERENCE
                              )
KATHLEEN AVERY,               )
                              ) Date:  September 23, 2005
            Defendant.        ) Time:  10:00 a.m.
                              ) Judge: Hon. Edward J. Garcia
_____)
                                C/EJG
```

KATHLEEN AVERY, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Robert Tice-Raskin, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of August 26, 2005 and continue the matter for status conference on September 23, 2005 at 10:00 a.m..

This continuance is needed to allow defense counsel additional time to investigate, and the government and defense counsel additional time to negotiate a possible resolution of the case. The unusual facts of this case make negotiations more complicated. Also, counsels' trial and vacation schedules, as well as the defendant's residency out of

1  state and the need for her to care for her young, disabled child,
2  justify the continuance.
3      IT IS FURTHER STIPULATED that the period from the signing of this
4  Order up to and including September 23, 2005 be excluded in computing
5  the time within which trial must commence under the Speedy Trial Act,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
7  preparation of counsel.
8  Dated: August 11, 2005

                                         Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Defender


                                         /s/ Caro Marks
                                         _____
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         KATHLEEN AVERY

Dated: August 11, 2005

                                         MCGREGOR SCOTT
                                         United States Attorney


                                         /s/ Robert Tice-Raskin
                                         _____
                                         ROBERT TICE-RASKIN
                                         Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

Dated: 8/10/05

                                         /S/ Edward J. Garcia
                                         _____
                                         EDWARD J. GARCIA
                                         U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28