QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHLEEN AVERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-220 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| KATHLEEN AVERY, | ) | |
| | ) | Date:  October 14, 2005 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

    KATHLEEN AVERY, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Robert Tice-Raskin, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of September 23, 2005, 2005 and continue the matter for status conference on October 14, 2005 at 10:00 a.m..

    The parties have reached a resolution to this case but need additional time for the government to prepare the plea agreement and for defense counsel to review it with the defendant.

    IT IS FURTHER STIPULATED that the period from the signing of this Order up to and including October 14, 2005 be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
3  preparation of counsel.
4  Dated: September 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
KATHLEEN AVERY

Dated: September 22, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Robert Tice-Raskin
_____
ROBERT TICE-RASKIN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 9/22/05

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
U.S. District Court Judge