1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KATHLEEN AVERY

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  No. CR-S-05-220 EJG
                                    )
11               Plaintiff,         )
                                    )  STIPULATION AND ORDER TO CONTINUE
12      v.                          )  STATUS CONFERENCE
                                    )
13 KATHLEEN AVERY,                  )
                                    )  Date:  November 04, 2005
14               Defendant.         )  Time:  10:00 a.m.
                                    )  Judge: Hon. Edward J. Garcia
15 _____ )

16

17
        KATHLEEN AVERY, by and through her counsel, Caro Marks, Assistant
18
   Federal Defender, and the United States Government, by and through its
19
   counsel, Robert Tice-Raskin, Assistant United States Attorney, hereby
20
   stipulate and agree to vacate the previously scheduled status
21
   conference hearing date of October 14, 2005, 2005 and continue the
22
   matter for status conference on November 04, 2005 at 10:00 a.m..
23
        The parties have reached a resolution to this case but there was a
24
   mix-up of communication with the defendant.  Ms. Avery was not aware
25
   that the next court date was October 14, 2005 and she is still in
26
   Montana.  She would be unable to make the October 14, 2005 court date.
27
   Additionally defense counsel needs to review the plea agreement with
28

1  her client.

2      IT IS FURTHER STIPULATED that the period from the signing of this

3  Order up to and including November 04, 2005 be excluded in computing

4  the time within which trial must commence under the Speedy Trial Act,

5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for

6  preparation of counsel.

7  Dated: October 13, 2005

8                                    Respectfully submitted,

9                                    QUIN DENVIR
                                     Federal Defender

10

11
                                     /s/ Caro Marks
12                                   _____
                                     CARO MARKS
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   KATHLEEN AVERY

15
   Dated: October 13, 2005
16
                                     MCGREGOR SCOTT
17                                   United States Attorney

18
                                     /s/ Robert Tice-Raskin
19                                   _____
                                     ROBERT TICE-RASKIN
20                                   Assistant U.S. Attorney

21
                              **ORDER**
22
   **IT IS SO ORDERED.**
23
   Dated:   October 13, 2005
24
                                      /s/ Edward J. Garcia
25                                   _____
                                     EDWARD J. GARCIA
                                     U.S. District Court Judge
26

27

28