```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHLEEN AVERY
```

FILED

DEC 14 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-05-220 EJG |
| Plaintiff, | |
| v. | NOTICE OF HEARING |
| KATHLEEN AVERY, | Date: February 17, 2006 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of January 13, 2006 is vacated and a new presentence schedule is as follows:

| | |
|---|---|
| Draft PSR due: | January 13, 2006 |
| Written objections due: | January 27, 2006 |
| PSR to be filed w/court: | February 02, 2006 |
| Motion for correction due: | February 10, 2006 |
| J&S: | February 17, 2006 |

///
///
///
///
///

1 | All parties including the courtroom clerk have been notified and
2 | are in agreement to this continuance.
3 | Dated: December 2, 2005          Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
KATHLEEN AVERY

IT IS SO ORDERED

[signature]

12/13/05

2