# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                          RE: **Kathleen AVERY**
                                                   Docket Number: 2:05CR00220-01
                                                   **CONTINUANCE OF JUDGMENT**
                                                   **AND SENTENCING**

Sir:

*[handwritten: May 12, 2006 caf]*

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 17, 2006 to May 5, 2006 at 10 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** The probation officer, Dennis Foxx, is awaiting documentation for the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                          Respectfully submitted,

                                          /s/ karen a. meusling
                                          **Karen A. Meusling**
                               **Supervising United States Probation Officer**

**FILED**

Dated: February 10, 2006
       Sacramento, California
       KAM:kam

FEB 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Attachment

cc:   Clerk, United States District Court
      Assistant United States Attorney S. Robert Tice-Raskin
      United States Marshal's Office
      Assistant Federal Defender Caro Marks
      Probation Office Calendar clerk

✓ Approved      _/s/ Edward J. Garcia_      2/13/06
                              **Senior United States District Judge**      Date

___ Disapproved

*[handwritten: as modified]*

Rev. 8/98
CONTJ&S.EJG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number 2:05CR00220-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| **KATHLEEN AVERY** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | May 5, 2006; |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | April 28, 2006; |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | April 21, 2006; |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | April 14, 2006; |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | March 31, 2006. |